IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRETT GREEN, #245124,           ) | |
|                                                         ) | |
|         Plaintiff,                                 ) | |
| v.                                                   ) | CASE NO.  2:11-cv-867-TMH |
|                                                         ) |                WO |
| 12th JUDICIAL CIRCUIT OF ALABAMA,) | |
| *et al.*,                                             ) | |
|                                                         ) | |
|         Defendants.                          ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #11) to the Recommendation of the Magistrate Judge filed on February 3, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #10) filed on January 30, 2012 is adopted;

3. The § 1983 claims presented against defendants Larry Jarrell, William Moore, Esq., and the 12th Judicial Circuit of Alabama are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and/or (iii).

4. Plaintiff's challenges to the constitutionality of the conviction(s) and/or sentence(s) imposed upon him by a court within the 12 Judicial Circuit of Alabama are DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such alims are not properly before the court at this time.

5.  The complaint is DISMISSED prior to service of process.

DONE this the 28th day of February, 2012.

                                                /s/ Truman M. Hobbs
                                SENIOR UNITED STATES DISTRICT JUDGE