IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARRETT GREEN, #245124, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:11-cv-867-TMH |
| | ) | WO |
| 12th JUDICIAL CIRCUIT OF ALABAMA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

ORDERED and ADJUDGED that judgment is  entered in favor of the defendants and

against the plaintiff and that this action is dismissed.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 28th  day of February, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE